1 ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
2 GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
3 Las Vegas, Nevada 89135
Telephone: (702) 792-3773
4 Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
5

6 *Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TILDEN,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC,<br><br>            Defendants. | CASE NO. 2:19-cv-01571-JAD-DJA<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Eric W. Swanis, Esq. of Greenberg Traurig LLP as counsel of record in this action in place and stead of Richard B. North, Jr., Esq. of Nelson Mullins.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 27th day of September, 2019.

| **C. R. BARD, INC.**<br>Defendant | **BARD PERIPHERAL VASCULAR, INC.**<br>Defendant |
|---|---|
| By: */s/ Greg A. Dadika*<br>   Its: Associate General Counsel, Litigation | By: */s/ Greg A. Dadika*<br>   Its: Associate General Counsel, Litigation |

1

ACTIVE 45988002v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1 | The following hereby consent to the above and foregoing substitution of counsel.

2 | DATED this 27th day of September 2019.

NELSON MULLINS

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR. ESQ.
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6155

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 27th day of September 2019.

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135

**Please check one**: ■ Retained, or ☐ Appointed by the Court.

**APPROVED:**

DATED: October 1, 2019

Daniel J. Albregts
United States Magistrate Judge

Submitted by:
GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2

*ACTIVE 45988002v1*

# CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

Bradley Scott Schrager
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN
Nevada Bar No. 10217
3556 E. Russell Road
Las Vegas, Nevada 89120
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
bschrager@wrslawyers.com

Jeff Seldomridge
MILLER LAW FIRM, LLC
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
jseldomridge@millerfirmllc.com

Don Springmeyer
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN
Nevada Bar No. 1021
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: (702) 341-5200
Facsimile: (702) 341-5300
dspringmeyer@wrslawyers.com
*Counsel for Plaintiff*

                                                                          */s/ Evelyn Escobar-Gaddi*
                                                                          An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002