ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
MATTHEW L. CROCKETT, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  neumannc@gtlaw.com
        crockettm@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TILDEN,<br><br>                Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL<br>VASCULAR, INCORPORATED,<br><br>                Defendants. | CASE NO. 2:19-cv-01571-KJD-DJA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND STAY OF<br>DISCOVERY AND ALL PRETRIAL<br>DEADLINES**<br><br>(SECOND REQUEST) |

The Parties, Plaintiff Jennifer Tilden ("Plaintiff") and Defendants C. R. Bard, Inc. and

Bard Peripheral Vascular, Inc. ("Bard"), respectfully request pursuant to Fed. R. Civ. P. 26(c)

/ / /

/ / /

/ / /

- 1 -

*ACTIVE 47179614v1*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

and (d) that this Court continue the stay of discovery and all pretrial deadlines in this case until February 15, 2020 while they pursue on-going settlement discussions. In support thereof, the Parties state as follows:

1.  Counsel for Plaintiff Tilden and Defendants Bard have been engaged in good faith settlement discussions on this case since the Court granted the Parties' initial request to stay discovery.

2.  To date, Plaintiff has provided Defendants with all medical records regarding this matter. Defendants have reviewed the medical records and posed questions to the Plaintiff regarding such records.

3.  Plaintiff and Defendants have had several communications regarding resolution of issues and are continuing to narrow the issues in order to reach settlement.

4.  Thus, the Parties jointly move this Court for an order staying the case until February 15, 2020 to allow the Parties to continue to engage in settlement discussions. This will further facilitate settlement discussions and prevent unnecessary expenditures of the Parties' and judicial resources.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

- 2 -

5. The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion, yet allow sufficient time to schedule and complete discovery if necessary, consistent with the scheduling obligations of counsel. The relief sought in this motion is not purely for delay, but so that justice may be done.

Respectfully submitted this 15th day of November 2019.

MILLER LAW FIRM, LLC

By: */s/  Jeff Seldomridge*
    Jeff Seldomridge
    *Pro Hac Vice Pending*
    jseldomridge@millerfirmllc.com
    108 Railroad Avenue
    Orange, Virginia  22960
    Telephone: (540) 672-4224
    Facsimile:  (540) 672-3055

    Bradley Scott Schrager
    Nevada Bar No. 10217
    bschrager@wrslawyers.com
    Don Springmeyer
    Nevada Bar No. 1021
    dspringmeyer@wrslawyers.com
    WOLF, RIFKIN, SHAPIRO,
    SCHULMAN & RABKIN
    3556 E. Russell Road
    Las Vegas, Nevada  89120
    Telephone: (702) 341-5200
    Facsimile:  (702) 341-5300

    *Attorneys for Plaintiff*

DATED: 12/5/2019 _____

GREENBERG TRAURIG, LLP

By: */s/  Eric W. Swanis*
    Eric W. Swanis
    Nevada Bar No. 6840
    swanise@gtlaw.com
    10845 Griffith Peak Drive, Suite 600
    Las Vegas, Nevada  89135
    Telephone:  (702) 792-3773
    Facsimile:  (702) 792-9002

    Christopher J. Neumann
    *Admitted Pro Hac Vice*
    neumannc@gtlaw.com
    MATTHEW L. CROCKETT, ESQ.
    *Admitted Pro Hac Vice*
    crockettm@gtlaw.com
    GREENBERG TRAURIG, LLP
    1144 15th Street, Suite 3300
    Denver, Colorado 80202
    Telephone:  (303) 572-6500
    Facsimile:  (303) 572-6540

    *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

*ACTIVE 47179614v1*

# CERTIFICATE OF SERVICE

I hereby certify that on **November 15, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

Jeff Seldomridge
MILLER LAW FIRM, LLC
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
jseldomridge@millerfirmllc.com
*Counsel for Plaintiff*

*/s/ Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

- 4 -

ACTIVE 47179614v1