ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
MATTHEW L. CROCKETT, ESQ.*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  neumannc@gtlaw.com
        crockettm@gtlaw.com

*Admitted Pro Hac Vice

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TILDEN,<br><br>                Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>                Defendants. | CASE NO. 2:19-cv-01571-KJD-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO EXTEND STAY OF DISCOVERY AND PRETRIAL DEADLINES (THIRD REQUEST)** |

The Parties, Plaintiff Jennifer Tilden ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), respectfully submit this Joint Status Report and request, pursuant to Fed. R. Civ. P. 26(c) and (d), that the Court continue the stay of discovery and all pretrial deadlines in this case until March 31, 2020, to allow them time to work out the terms of a settlement agreement they recently reached in this matter.

/ / /

- 1 -

ACTIVE 49121422v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

In support thereof, the Parties state as follows:

1. Counsel for Plaintiff Tilden and Defendants Bard have been engaged in good faith settlement discussions in this case since the Court granted the Parties' second request to stay discovery.

2. The Parties have resolved this matter in principle, however, they require additional time to complete negotiations on the terms of the settlement.

3. Thus, the Parties jointly move this Court for an order staying the case until March 31, 2020 to allow the Parties time to finalize their settlement agreement. This will prevent unnecessary expenditures of the Parties' and judicial resources.

4. The relief sought in this motion is not purely for delay, but so that justice may be done.

Respectfully submitted this 27th day of February 2020.

| MILLER LAW FIRM, LLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Jeff Seldomridge <br> Jeff Seldomridge <br> *Admitted Pro Hac Vice* <br> jseldomridge@millerfirmllc.com <br> 108 Railroad Avenue <br> Orange, Virginia 22960 <br> Telephone: (540) 672-4224 <br> Facsimile: (540) 672-3055 <br><br> Bradley Scott Schrager <br> Nevada Bar No. 10217 <br> bschrager@wrslawyers.com <br> Don Springmeyer <br> Nevada Bar No. 1021 <br> dspringmeyer@wrslawyers.com <br> WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN <br> 3556 E. Russell Road <br> Las Vegas, Nevada 89120 <br> Telephone: (702) 341-5200 <br> Facsimile: (702) 341-5300 <br><br> *Attorneys for Plaintiff* | By: /s/ Eric W. Swanis <br> Eric W. Swanis <br> Nevada Bar No. 6840 <br> swanise@gtlaw.com <br> 10845 Griffith Peak Drive, Suite 600 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 792-3773 <br> Facsimile: (702) 792-9002 <br><br> Christopher J. Neumann* <br> neumannc@gtlaw.com <br> Matthew L. Crockett, Esq. ESQ. <br> crockettm@gtlaw.com <br> GREENBERG TRAURIG, LLP <br> 1144 15th Street, Suite 3300 <br> Denver, Colorado 80202 <br> Telephone: (303) 572-6500 <br> Facsimile: (303) 572-6540 <br> *Admitted Pro Hac Vice* <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED
DATED: February 28, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

- 3 -

*ACTIVE 49121422v1*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

Jeff Seldomridge
jseldomridge@millerfirmllc.com
MILLER LAW FIRM, LLC
108 Railroad Avenue
Orange, Virginia 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
*Counsel for Plaintiff*

                                    */s/ Evelyn Escobar-Gaddi*
                                    An employee of GREENBERG TRAURIG, LLP

ACTIVE 49121422v1