ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  neumannc@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER TILDEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-01571-KJD-BNW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, Plaintiff Jennifer Tilden and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated this 27th day of March 2020.  Dated this 27th day of March 2020.

MILLER LAW FIRM, LLC  GREENBERG TRAURIG, LLP

By: */s/ Jeff Seldomridge*  By: */s/ Eric W. Swanis*
Jeff Seldomridge  Eric W. Swanis
*Admitted Pro Hac Vice*  Nevada Bar No. 6840
jseldomridge@millerfirmllc.com  swanise@gtlaw.com
108 Railroad Avenue  10845 Griffith Peak Drive, Suite 600
Orange, Virginia 22960  Las Vegas, Nevada 89135
Telephone: (540) 672-4224  Telephone: (702) 792-3773
Facsimile: (540) 672-3055  Facsimile: (702) 792-9002

Bradley Scott Schrager  Christopher J. Neumann
Nevada Bar No. 10217  *Admitted Pro Hac Vice*
bschrager@wrslawyers.com  neumannc@gtlaw.com
Don Springmeyer  GREENBERG TRAURIG, LLP
Nevada Bar No. 1021  1144 15th Street, Suite 3300
dspringmeyer@wrslawyers.com  Denver, Colorado 80202
WOLF, RIFKIN, SHAPIRO,  Telephone: (303) 572-6500
SCHULMAN & RABKIN  Facsimile: (303) 572-6540
3556 E. Russell Road
Las Vegas, Nevada 89120  *Attorneys for Defendants*
Telephone: (702) 341-5200
Facsimile: (702) 341-5300

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated: April 13, 2020

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

ACTIVE 49720607v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)